IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SAUNDERS FRANKLIN,<br>    Plaintiff, | Civil Action No. 7:22-cv-00154 |
| v. | **MEMORANDUM OPINION** |
| SUPERINTERTANTENT SOLOMON,<br>    Defendant(s), | By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. §1983.  By order entered March 24, 2022, the court directed plaintiff to submit, within 20 days from the date of the order, the required statement of asset form, inmate account trust form, and trust account statements for the months of September 2021 through December 2021, and January 2022, and up to February 14, 2022, which were to be certified by and obtained from the appropriate official of each facility at which plaintiff is or was confined during those months.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This 2nd day of May, 2022.

                                                            /s/ Thomas T. Cullen
                                                        United States District Judge